UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 7 |
| | ) | |
| ROBBIE GERALD McMILLIAN and | ) | CASE NO. 13-59606-bem |
| DEANNA MAUREEN McMILLIAN, | ) | |
| | ) | JUDGE ELLIS-MONRO |
| Debtors | ) | |

## THIRD MOTION TO EXTEND TIME TO OBJECT
## TO DISCHARGE OR DISCHARGEABILITY OF DEBTORS

COMES NOW, Bruce McMillian, by and through his undersigned attorney, Barbara B. Stalzer, and files this his *Third Motion to Extend Time to Object to Discharge or Dischargeability,* and shows the Court as follows:

1.

Robbie Gerald McMillian and Deanna Maureen McMillian filed this bankruptcy case on May 2, 2013.

2.

The 341 meeting of creditors was held on June 3, 2013 and was continued to July 1, 2013, when the continued meeting was held and concluded.

3.

By order entered on October 22, 2013, the deadline for objecting to discharge was extended through and including December 12, 2013. In the meantime, Movant has filed three motions for 2004 examinations, including one on Debtors, scheduled for December 4, 2013. Debtors' counsel is not available on that date, and counsel for Movant and Ms. Bjork have been unable to find a mutually convenient time for a 2004 examination on Debtors until January,

2014, given the holidays, other work demands on both counsel, and Ms. Bjork's leave of absence.

4.

Movant is therefore requesting that the time to object to discharge or dischargeability be extended through and including February 15, 2014, in order to permit Movant to take the examination of Debtors in January, 2014, and have time to analyze the facts and testimony from that examination.

5.

Counsel for Movant has consulted with Dorothy Bjork, counsel for Debtors, who has consented to such extension.

WHEREFORE, co-counsel for Movant prays this Court enter an order extending the time to object to the Debtors' discharge or dischargeability of Movant's debt through and including February 15, 2014, and for such other and further relief as may be appropriate.

Respectfully submitted, this 26th day of November, 2013.

/s/ *Barbara B. Stalzer*
Barbara B. Stalzer
Attorney for Bruce McMillian
Georgia Bar No. 674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
Phone: 404-442-6933
Fax:    404-492-7733
barbara.stalzer@7trustee.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 7 |
| | ) | |
| ROBBIE GERALD McMILLIAN and | ) | CASE NO. 13-59606-bem |
| DEANNA MAUREEN McMILLIAN, | ) | |
| | ) | JUDGE ELLIS-MONRO |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *Third Motion to Extend Time to Object to Discharge or Dischargeability of Debt* on the following by hand delivery or by placing a copy of same in the U.S. Mail in a properly addressed envelope with sufficient postage thereon to ensure delivery:

| | | |
|---|---|---|
| United States Trustee | Martha A. Miller | Dorothy L. Bjork, Esq. |
| 362 Russell Federal Building | Chapter 7 Trustee | Suite 260 |
| 75 Spring Street, S.W. | Schulten Ward & Turner, LLP | 3162 Johnson Ferry Road |
| Atlanta, GA 30303-3330 | Suite 2700 | PMB 608 |
| | 260 Peachtree Street, N.W. | Marietta, GA 30062 |
| | Atlanta, GA 30303-1240 | |
| | | Attorney for Debtors |

David N. Bryman, Esq.
Bryman & Clerke, PA
Building 15, Suite E
630 Village Trace
Marietta, GA 30067

This 26th day of November, 2013.

                                              /s/ *Barbara B. Stalzer*
                                              Barbara B. Stalzer
                                              Attorney for Bruce McMillian
                                              Georgia Bar No. 674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
Phone: 404-442-6933
Fax:    404-492-7733
barbara.stalzer@7trustee.net